194 So. 697

### INGRAM v. STATE.
### 5 Div. 313.

Supreme Court of Alabama.
March 14, 1940.

Pruet & Glass, of Ashland, and E. Herndon Glenn, of Opelika, for petitioner.

Thos. S. Lawson, Atty. Gen., opposed.

BROWN, Justice.

The petitioner seeks to review the Court of Appeals on two points, the first involving a finding of fact by that court on review of the record, and the other on the approval of instructions to the jury in the oral charge of the court.

Both points are without merit.

Writ denied.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.